# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY PETERS

NO. 2020 KW 0384

**JUNE 19, 2020**

---

In Re:     Anthony Peters, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-11-0184.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.** Relator's application is an untimely and successive application for postconviction relief. See La. Code Crim. P. arts. 930.4 & 930.8. Having fully litigated his claims in accord with La. Code Crim. P. art. 930.6, hereafter, unless he can show that one of the narrow exceptions authorizing the filing of a successive application provided in La. Code Crim. P. art. 930.4 applies, relator has exhausted his right to postconviction relief. See **State ex rel. Peters v. State**, 2016-1668 (La. 1/12/18), ___ So.3d___ (per curiam), 2018 WL 460867; see also **State ex rel. Bonvillain v. State**, 2015-2331 (La. 3/14/16), 186 So.3d 644 (per curiam).

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.